UNITED STATES OF AMERICA DISTRICT COURT
NORTHERN DISTRICT OF OHIO

Case Number 1:18-CV-01142

**NOTICE TO REPRESENT MATTERS PROSE**

Brenda V Bickerstaff
Plaintiff

Vs.

Cuyahoga County
Cuyahoga County Prosecutors office
1200 Ontario Street
Floor 8th
Cleveland, Ohio 44113

And

Michael C O'Malley
Cuyahoga County Prosecutor
1200 Ontario Street
Cleveland, Ohio 44113

And

John Doe Assistant
County Prosecutors 1-2
County Prosecutor's office
1200 Ontario Street
Cleveland, Ohio 44113

And

Frank Bova
Cuyahoga County Sheriff
1215 West 3rd Street
Cleveland, Ohio 44113

And

The City of Cleveland
601 Lakeside
Cleveland Ohio 44113

And

Daniel J McCandless badge 644
801 East 152 Street
Cleveland, Ohio 44110

And

Delonzo Goshen badge 742
801 East 152nd street
Cleveland, Ohio 44113

And

Donald Nuti Badge 2150
801 east 152nd Street
Cleveland, Ohio 44110

And

Timothy McKenzie Badge 1816
4500 Chester Avenue
Cleveland, Ohio 44103

    NOW COMES PLAINTIFF, Brenda V Bickerstaff Prose, this plaintiff filed a motion prose on November 1, 2018, for notice of appearance to replace prior counsel. The court granted the motion on November 6th 2018 and gave plaintiff until December 6th 2018. The plaintiff has to proceed prose because of the attorneys that plaintiff has chosen cannot represent this plaintiff because they will serve as witnesses and will be placed on the witnesses list for trial, and the attorneys or attorney will have a conflict due to the fact they will be unable to represent and be a witness for the plaintiff. This plaintiff will proceed prose until plaintiff finds an attorney and this plaintiff does not want to further delay this process. Therefore for the reasons listed in the above caption this plaintiff will represent herself prose until an attorney can be chosen to proceed with this case.

## Certificate of Service

A copy of this motion will be hand delivered or emailed to all parties and attorneys involved in this case on the date of November 26th, 2018.

_____

Brenda V Bickerstaff / Prose
9909 Garfield Avenue
Cleveland, Ohio 44108
bickerstaffvernay@gmail.com
216-355-6232