IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| BRENDA BICKERSTAFF, | ) | Case No. 1:18-cv-1142 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | THOMAS M. PARKER |
| CUYAHOGA COUNTY, | ) | |
| et al., | ) | |
| | ) | **ORDER** |
| Defendants. | ) | |

On January 4, 2019, the court ordered plaintiff Brenda Bickerstaff to serve defendants Daniel J. McCandless, Delonzo Goshen, Donald Nuti, and Timothy McKenzie (the "officer defendants") on or before February 18, 2019. ECF Doc. 18. Bickerstaff has moved for an order appointing a special process server to serve the officer defendants. ECF Doc. 21. The Federal Rules of Civil Procedure do not require a court order for a plaintiff to hire a process server. *See* Fed. R. Civ. P. 4(c)(2) (stating only that "[a]ny person who is at least 18 years old and not a party may serve a summons and complaint"). Accordingly, Bickerstaff's motion is DENIED AS UNNECESSARY.

**IT IS SO ORDERED.**

Dated: January 24, 2019

Thomas M. Parker
United States Magistrate Judge