FILED

**UNITED STATES DISTRICT COURT
IN THE NORTHERN DISTRICT OF OHIO** 2019 FEB 14  PM 1: 31

U.S. DISTRICT COURT
N DISTRICT OF OHIO

**Case Number 1:18: CV-01142**

**MOTION TO REMOVE
PEACE OFFICERS PERSONAL ADDRESSES
UNDER THE STATUE OHIO
REVISED CODE 2921.25**

**Officer Goshen #742
Office McCandless #644
Office Mckennzie #1816
Detective Nuti  #2150**

Brenda V Bickerstaff
Plaintiff

Vs.

Cuyahoga County
Cuyahoga County Prosecutors office
1200 Ontario Street
Floor 8th
Cleveland, Ohio 44113

And

Michael C O'Malley
Cuyahoga County Prosecutor
1200 Ontario Street
Cleveland, Ohio 44113

And

John Doe Assistant
County Prosecutors 1-2
County Prosecutor's office
1200 Ontario Street
Cleveland, Ohio 44113

And

Frank Bova
Cuyahoga County Sheriff
1215 West 3rd Street
Cleveland, Ohio 44113

And

The City of Cleveland
601 Lakeside
Cleveland Ohio 44113

And

Daniel J McCandless badge 644
801 East 152 Street
Cleveland, Ohio 44110

And
Delonzo Goshen badge 742
801 East 152nd street
Cleveland, Ohio 44113

And

Donald Nuti Badge 2150
801 east 152nd Street
Cleveland, Ohio 44110

And

Timothy McKenzie Badge 1816
4500 Chester Avenue
Cleveland, Ohio 44103

NOW COMES PLAINTIFF, Brenda V Bickerstaff Prose, to move the court to REMOVE

DELETE ALL PERSONAL RESIDENTAL ADDRESSES FROM THE FOLLOWING OFICERS, from

public view meaning the docket, McCANDLESS, GOSHEN, NUTI AND MCKENZIE. Now comes

plaintiff to move the court to sign an order that all personal information of their residence be stricken

from any public record for safety matters according, to the Ohio revised code 2921.25, also under

4501,271 (B) a peace officer can petition the Ohio Bureau Motor Vehicle to remove their personal

address and use the business address on their driver's license.

Therefore, based on the law cited in this motion the only purpose for the plaintiff in securing the

officers homes address was for the complaint being served in this civil proceeding to perfect service only.

Therefore, the plaintiff is asking the court to sign an order removing all personal home or residential address from pubic view meaning the docket for the officer listed in the above caption, see attached EX-A-B.

### Certificate of Service

A copy of this pleading will be hand delivered or emailed to all parties and attorneys involved in this case on the date of February 14rd, 2019.

Brenda V Bickerstaff / Prose
9909 Garfield Avenue
Cleveland, Ohio 44108
bickerstaffvernay@gmail.com
216-355-6232