IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| BRENDA BICKERSTAFF, | ) | Case No. 1:18cv1142 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | THOMAS M. PARKER |
| CUYAHOGA COUNTY, *et al.* | ) | |
| | ) | |
| Defendant. | ) | **ORDER** |
| | ) | |

The court has been made aware that Plaintiff Brenda Bickerstaff has had difficulty using her CM/ECF account, and that Bickerstaff has not conducted herself appropriately when contacting court staff to resolve her CM/ECF concerns.[1]  While the court understands that there is a learning curve to filing documents through CM/ECF, the privilege to file electronically through CM/ECF came with the expectation that Bickerstaff would familiarize herself with the court's rules and procedures for using CM/ECF.  Copies of the rules are available on the court's website.  *See* N.D. Ohio, USER'S MANUAL FOR CM/ECF, *available at* http://www.ohnd.uscourts.gov/sites/ohnd/files/CMECFUSERManual41009.pdf; Local Rule 5.1; Local Rules Appendix B. If plaintiff is unable to familiarize herself with the rules and procedures for using the CM/ECF system, she may resume submitting paper filings.

---

[1] Clerk's office personnel have described Bickerstaff's phone calls as "argumentative," "rude," and "belligerent." Further, court staff have reported that Bickerstaff is recording her phone conversations with them, and that Bickerstaff has accused the court staff of being "rude" and "not helpful" when they do not walk her through filing documents in CM/ECF.

Furthermore, the court will not tolerate any abuse of court staff or resources.  If the court receives any further reports of inappropriate conduct, the court will schedule a hearing to determine whether Bickerstaff's CM/ECF filing privileges should be withdrawn.  If Bickerstaff wishes, she may file a response or request a hearing in regard to the foregoing.

The court further expressly forbids the recording of telephone calls with court personnel.  No permission to record such calls has been requested or granted.  Permission shall not be granted.

**IT IS SO ORDERED.**

Dated: March 29, 2019

Thomas M. Parker
United States Magistrate Judge