# UNITED STATES DISTRICT COURT
# IN THE NORTHERN DISTRICT OF OHIO

**CASE NUMBER 1:18 CV01142**

**MOTION TO CLARIFY
DOCKERT 55
PAGE 3 LAST PARAGRAPH**

BRENDA VERNAY BICKERSTAFF
PLAINTIFF

VS

CUYAHHOGA COUNTY
CUYAHOGA COUNTY PROSECUTORS OFFICE
1200 ONTARIO STREET
CLEVELAND, OHIO 44113
FLOOR 8TH
CLEVELAND, OHIO 44113

AND

MICHAEL C OMALLEY
Cuyahoga County Prosecutor
1200 Ontario Street
Cleveland, Ohio 44113

And

John Doe Assistant
County Prosecutor 1-2
County Prosecutor's Office
1200 Ontario Street
Cleveland, Ohio 44113

And

Frank Bova
Cuyahoga County Sheriff
1215 West 3rd Street
Cleveland, Ohio 44113

And

The City of Cleveland
601 Lakeside Avenue
Cleveland, Ohio 44113

And

Daniel McCandless Badge Number 644
801 East 152rd Street
Cleveland, Ohio 44113

And

Delonzo Goshen badge 742
901 East 152nd street
Cleveland, Ohio 44113

And

Donald Nuti Badge Number 2150
801 East 152nd Street
Cleveland, Ohio 44110

And

Timothy McKenzie
4500 Chester Avenue
Cleveland, Ohio 44103

NOW COMES PLAINTIFF, Brenda V Bickerstaff Prose, for the court to clarify docket 55 last paragraph, stating that Plaintiff has an extension of two weeks date of production when the city will turn over additional information also it states: **submit her response to the defendants motions for judgement of the pleadings. Does this include the Cuyahoga County, because plaintiff is working on both motions, plaintiff spoke to the prose clerk and the clerk could not clarify the magistrate's order?** The has been in touch with the attorney for the city who stated she would let the court know their status on the information no later than today still no response so far. The plaintiff needs the above question, answered immediately. Because plaintiff needs information from all defendants in order to reply to, **(all defendant's)** motions for judgment of the pleadings. The plaintiff can be reached at 216-355-6232.

Certificate of Service

A copy of this pleading will be mailed to all parties involved

_[signature]_

_____

Brenda V Bickerstaff  
9909 Garfield Avenue  
Cleveland, Ohio 44108  
bickerstaffvernay@gmail.com  
216-355-6232

TRANSMISSION VERIFICATION REPORT

```
                                          TIME  : 05/07/2019 10:03AM
                                          NAME  :
                                          FAX   :
                                          TEL   :
                                          SER.# : U63889F6N598297
```

```
DATE,TIME              05/07  10:03AM
FAX NO./NAME           3577139
DURATION               00:00:56
PAGE(S)                03
RESULT                 OK
MODE                   STANDARD
```