```
** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **
TIME RECEIVED                          REMOTE CSID        DURATION   PAGES   STATUS
December 30, 2019 at 10:44:08 AM EST                      71         3       Received
```

Honorable Magistrate Thomas M Parker
Carl B Stokes United States District Court
801 West Superior Avenue, Courtroom 17-A
Northern, Ohio 44113-1838
**Case Number 1:18CV1142**
December 30th 2019

**FILED**
2:23 pm Dec 30 2019
Clerk U.S. District Court
Northern District of Ohio
Cleveland

**RE: Magistrate Parker**
**RE: Voluntary Recusal**

    The plaintiff listed in the above caption is asking you once again to recuse yourself, if not this plaintiff will be forced to file a federal lawsuit against you in the amount if five hundred million dollars. The court has and continues to interfere with a federal civil right claim listed here. First you and Judge Boyko had ex parte conversations with the name defendants in this case which is an ethical violation according to the judicial standards, which has caused the court to taint the case and make decisions based on their own opinions non-merits conclusions.

    After that conversation you along with Judge Boyko filed a false allegation on the docket for the public to see and stated the plaintiff had inappropriate behavior towards the clerks. The plaintiff filed an objection and requested a hearing so she could have an opportunity to cross examine, the clerks and the magistrate, that request was denied in order to block the eye of justice, and to prevent their testimony to be on the record, to avoid perjury charges.

    Then the court made a 55-page report and recommendation on the case in order to mislead the plaintiff by giving the plaintiff legal advice calling it liberal construction and mislead Judge Barker to adopted recommendation in an order. The court claimed because the attorney wrote the lawsuit, the plaintiff was not entitled to liberal construction advantage. The court instructed the plaintiff to rewrite the complaint in the format of liberal construction, after the court dismissed 6 out of the 9 counts complaint The plaintiff has written several motions and requested hearings on this matter, the plaintiff is awaiting the ruling on the new motions which have been filed.

    The court does not want this plaintiff to have a fair and impartial trial on this case, the Magistrate has done nothing but manipulate the process against the plaintiff during this proceeding. You have violated the oath of office that you swore to uphold, as an attorney, as judge of the court of common pleas in Akron, and now as a federal magistrate. The rules are

clear (rule 2.9) See Ex A of the Judicial Code in the state of Ohio, Magistrate Parker, you have raised your right hand four times in your career to uphold justice and your actions in this proceeding have not shown, that in this case, recuse yourself. Immunity Magistrate Parker will not assist you in this matter, because you have violated constitutional claims against this plaintiff.

Brenda V Bickerstaff/ProSe

Plaintiff

Cc: Judge Pamela Barker