UNITED STATES DISTRICT COURT
IN THE NORTHERN DISTRICT OF OHIO

**CASE NUMBER 1:18 CV01142**

**JUDGE PAMELA A. BARKER**
**MAGISTRATE THOMAS PARKER**

**PLAINTIFF MOTION TO EXTEND TIME**
**FOR REASONS SET FORTH LISTED BELOW**

BRENDA VERNAY BICKERSTAFF
PLAINTIFF

VS

CUYAHHOGA COUNTY
CUYAHOGA COUNTY PROSECUTORS OFFICE
1200 ONTARIO STREET
CLEVELAND, OHIO 44113
FLOOR 8TH
CLEVELAND, OHIO 44113

AND

MICHAEL C OMALLEY
Cuyahoga County Prosecutor
1200 Ontario Street
Cleveland, Ohio 44113

And

John Doe Assistant
County Prosecutor 1-2
County Prosecutor's Office
1200 Ontario Street
Cleveland, Ohio 44113

And

Frank Bova
Cuyahoga County Sheriff
1215 West 3rd Street
Cleveland, Ohio 44113

And

The City of Cleveland
601 Lakeside Avenue
Cleveland, Ohio 44113

And

Daniel McCandless Badge Number 644
801 East 152nd Street
Cleveland, Ohio 44113

And

Delonzo Goshen badge 742
901 East 152nd street
Cleveland, Ohio 44113

And

Donald Nuti Badge Number 2150
801 East 152nd Street
Cleveland, Ohio 44110

And

Timothy McKenzie
4500 Chester Avenue
Cleveland, Ohio 44103

Now comes, Brenda V Bickerstaff Prose, to ask the honorable court for another extension of time due to extenuating circumstances. The plaintiff has another trial starting January 28th 2020. **The State of Ohio Vs Anthony Brown Case Number 17-624375.** The plaintiff has to locate and interview three witnesses and the information was just given to this investigator on 1-23-2020. The plaintiff is only asking the court for a short extension of time until January 31,

2020. The plaintiff has been working on the reply to the county's motion to dismiss, however because of this trial date the plaintiff has to be prepared. The plaintiff will email a copy of this motion to all parties involved with this case for purposes, of any objections.

A copy of this motion will be sent to all parties involved

_____

Brenda V Bickerstaff/ Prose
9909 Garfield Avenue
Cleveland, Ohio 44108
bickertsaffvernay@gmail.com